UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO.: 21-CV-109

| | | |
|---|---|---|
| AMERICAN MASTERCRAFT, INC. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPLAINT |
| | ) | |
| EASTERN CORPORATION, | ) | |
|     Defendant. | ) | |

NOW COMES American Mastercraft, Inc., the Plaintiff herein, complaining of the acts of the Defendant, alleges and states the following:

1. Plaintiff American Mastercraft, Inc. is a corporation organized and existing under the laws of the State of Washington and maintains its principal office in Washington State.

2. Defendant Eastern Corporation is a corporation organized and existing under the laws of the State of North Carolina, with its principal office and place of business located in Franklin County.

3. Plaintiff provided materials and labor to Defendant for construction and improvements to the Camp Lejeune, Hadnot Point Rebuild, located at 812 Holcomb Blvd., Camp Lejeune Marine Base, North Carolina (the "Project"), for which it has not been paid.

4. The amount of this controversy is the principal amount of One Hundred Sixty-eight Thousand, Three Hundred Twelve and 35/100 dollars ($168,312.35), plus interest.

5. This Court has jurisdiction of this action under 28 U.S.C. §1332.

COUNT ONE
BREACH OF CONTRACT

6. Plaintiff realleges the preceding paragraphs of this Complaint and further sets forth the following.

7. On or about June 8, 2019, Plaintiff entered into a written contract with Defendant, for Plaintiff to

1

provide various labor, materials, goods, and supplies to Defendant for the Project. A true and exact copy of the Contract is attached and incorporated herein as Exhibit "A."

8. Upon information and belief, Defendant entered into a written contract to perform the Prime Contract with the United States of America, for the construction and improvement of the Project.

9. Pursuant to the Contract, Plaintiff provided and delivered labor and materials to Defendant for use in the improvement of the Project.

10. Defendant Eastern has failed and refused to pay for the materials provided by Plaintiff, in the principal amount of One Hundred Sixty-eight Thousand, Three Hundred Twelve and 35/100 dollars ($168,312.35).

11. Defendant has breached its contract with Plaintiff by failing to pay for the labor and materials.

12. There is an outstanding balance due and owing to Plaintiff for materials provided to Defendant for the improvement of the Project, Defendant in the amount of One Hundred Sixty-eight Thousand, Three Hundred Twelve and 35/100 dollars ($168,312.35), plus interest at the rate of 12% per annum pursuant to N.C.G.S. §22C-5 or at the legal rate of interest 8% per annum from August 19, 2019, until paid in full. An Affidavit and itemized statement of Account are attached as Exhibit "B."

13. Plaintiff has complied with all conditions precedent, and Plaintiff is entitled to the receipt of payment from Defendant in the in the principal amount of One Hundred Sixty-eight Thousand, Three Hundred Twelve and 35/100 dollars ($168,312.35), plus interest at the rate of 12% per annum pursuant to N.C.G.S. §22C-5 or at the legal rate of interest 8% per annum from August 19, 2019, until paid in full and the costs of this action, over and above all credits, setoffs, payments or counterclaims.

PRAYER FOR RELIEF

1. WHEREFORE, pursuant to Count One of the Complaint, Plaintiff, prays the Court for recovery against Defendant in the principal sum of One Hundred Sixty-eight Thousand, Three Hundred Twelve and 35/100 dollars ($168,312.35), plus interest at the rate of 12% per annum pursuant to N.C.G.S. §22C-5 or at the legal rate of interest 8% per annum from August 19, 2019, until paid in full.

2. That Plaintiff recover such other and further relief as the Court may deem appropriate.

This the _____ day of March, 2021.

        s/Paige C. Kurtz
        Paige C. Kurtz, State Bar No.: 26549
        Kurtz Law, PLLC
        Attorney for Plaintiff
        715 Kimbrough St.
        Raleigh, NC 27608
        Telephone: (919) 336-4240
        Facsimile: (919) 336-4153